IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Applicant, <br><br> v. <br><br> UPMC PRESBYTERIAN SHADYSIDE, <br><br> Respondent. | Civil Action No. 2:14-mc-00109-AJS <br><br> Judge Arthur J. Schwab <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that Respondent, UPMC Presbyterian Shadyside, in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the following Opinions and Orders of Court:

(1)  the Court's August 22, 2014 Order of Court, (Doc. 25), and the Court's accompanying Memorandum Opinion (Doc. 24);

(2)  the Court's August 26, 2014 Supplement/Amendment to its August 22, 2014 Memorandum Opinion (Doc. 26);

(3)  the Court's September 2, 2014 Supplemental/Amended Order of Court (Doc. 28), and the Court's accompanying Supplemental/Amended Memorandum Opinion (Doc. 27); and

(4)  the Court's October 27, 2014 Order on Motion(s) for Reconsideration (Doc. 34).

November 18, 2014                              Respectfully submitted,


                                               OGLETREE, DEAKINS, NASH,
                                                SMOCK AND STEWART, P.C.

                                               By:    /s/James F. Glunt
                                                  James F. Glunt (PA 85555)
                                                  james.glunt@ogletreedeakins.com
                                                  One PPG Place, Suite 1900
                                                  Pittsburgh, PA  15222
                                                  412-394-3339
                                                  412-232-1799 – Facsimile

                                                  Counsel for Respondent, UPMC

                                                                         19072236.1